# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MOHAMMED AYYASH, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:15-cv-10296 |
| v. ) ) | Judge: Andrea R. Wood |
| HORIZON FREIGHT SYSTEM, INC., DAVID FERRANTE, and TRENT FAIRBANKS, individually, ) ) ) ) ) | Designated Magistrate Judge: Geraldine Soat Brown |
| Defendants. ) | |

## NOTICE OF MOTION

To: [All Parties of Record]

PLEASE TAKE NOTICE THAT on **December 10, 2015 at 9:00 A.M.,** I shall appear before the Honorable Andrea R. Wood, in the courtroom usually occupied by her in Room 1925 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street in the City of Chicago, State of Illinois 60604, and shall then and there present **Agreed Motion For Extension of Time to Answer or Otherwise Plead**, contemporaneously filed herewith.

Date: December 4, 2015

Respectfully submitted;

Horizon Freight System, Inc., David Ferrante,
And Trent Fairbanks,

By: /s/ John J. Michels, Jr.
One of its Attorneys

John J. Michels, Jr. (ARDC No. 6278877)
Robert G. Cooper (ARDC No. 6299551)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: (312) 345-1718
Fax: (312) 345-1717
Email: john.michels@lewisbrisbois.com

4839-8005-4315.1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **Agreed Motion For Extension of Time to Answer or Otherwise Plead** was electronically filed with the Clerk of Court of the United States District Court For The Northern District of Illinois using the CM/ECF system, which will notify counsel of record at their respective addresses on December 4, 2015.

> Alejandro Caffarelli (#06239078)
> Lorrie T. Peeters (#06290434
> Alexis D. Martin (#06309619)
> Caffarelli & Associates Ltd.
> 224 N. Michigan Avenue, Suite 300
> Chicago, Illinois 60604

By: /s/   John J. Michels, Jr.

4839-8005-4315.1