# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOHAMMED AYYASH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HORIZON FREIGHT SYSTEM, INC., DAVID FERRANTE, and TRENT FAIRBANKS, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) NO. 1:15-CV-10296<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS & TO DENY CLASS CERTIFICATION

Defendants, HORIZON FREIGHT SYSTEM, INC., DAVID FERRANTE, and TRENT FAIRBANKS, through their attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, and pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), move to dismiss Plaintiff's Collective and Class Action Complaint.

Plaintiff fails to state a claim upon which relief can be granted. Plaintiff fails to demonstrate that he qualifies as anything beyond an independent contractor and thus cannot recover under either of the at-issue statutes, the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS 115/1, *et seq.* Furthermore, Plaintiff fails to allege a factual basis for his claims, relying instead upon conclusory allegations that are insufficient under the requisite *Iqbal-Twombly* standard. *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007). Finally, Plaintiff fails to satisfy FRCP 23(a)'s class certification requirements.

4848-2741-7900.1

-2-

For these reasons and as more fully explained in the attached Brief in Support, the Court should grant Defendants' Motion to Dismiss.

>Respectfully submitted,
>
>**Lewis, Brisbois, Bisgaard & Smith LLP**
>
>By: */s/ John J. Michels, Jr.*
>     Attorneys for Defendants

John J. Michels, Jr.
(ARDC No. 6278877)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: 312.345.1718
F: 312.345.1778