Version 08212014

Unit No(s) 12039

### HORIZON FREIGHT SYSTEM INC – CHICAGO # 550
### EQUIPMENT LEASE AND SERVICE AGREEMENT
### BETWEEN CONTRACTOR AND CARRIER
(FOR USE ONLY WHERE CONTRACTOR DRIVES OR FURNISHES DRIVER FOR EQUIPMENT)

HORIZON FREIGHT SYSTEM, INC, hereinafter called CARRIER and FADI HAFEZ, hereinafter called CONTRACTOR hereby enter into and agree to be bound by the Equipment Lease and Service Agreement (the 'Agreement') set forth in full in the following numbered paragraphs

1 **Contractor, Carrier and Relationship Defined**

As used herein, CONTRACTOR is an 'Owner' and CARRIER is an 'Authorized Carrier' as those terms are defined and used in 49 CFR 376 The provisions of this Agreement are separable so that the invalidity or unenforceability of one provision shall not affect the others The relationship between CONTRACTOR and CARRIER shall be that of independent contractor CARRIER'S 'exclusive possession, control, use and complete responsibility for operation' of the equipment as set forth below shall be confined to the minimum extent necessary to meet the requirements of 49 CFR 376 and for no other purpose whatsoever CARRIER shall have no right under this Agreement or otherwise to direct and control the manner and means used by CONTRACTOR to perform the services requested by CARRIER Neither party is the agent of the other, and neither party shall have the right to bind the other by contract or otherwise, except as specifically provided in this Agreement

2 **Equipment and Service**

CONTRACTOR represents to CARRIER that CONTRACTOR holds title to or has authority to lease the items of equipment (the 'EQUIPMENT') described herein For the duration of this Agreement CONTRACTOR leases EQUIPMENT to CARRIER for CARRIER'S exclusive possession, control, use and complete responsibility for operation EQUIPMENT is leased to CARRIER in order that CARRIER may use EQUIPMENT in the transportation of property for-hire Nothing in this Agreement shall be construed to obligate CONTRACTOR to accept each shipment tendered by CARRIER nor obligate CARRIER to use CONTRACTOR'S services or tender any minimum number of shipments to CONTRACTOR As a part of the consideration under this Agreement CONTRACTOR will either drive or furnish and pay a competent, reliable and qualified driver to operate the EQUIPMENT CONTRACTOR agrees that, prior to providing any service under this Agreement he and any furnished driver must first be qualified and approved by CARRIER CONTRACTOR represents that either CONTRACTOR or the driver furnished is fully qualified as a driver familiar with and will obey all applicable federal, state and local laws and regulations will cooperate with CARRIER in achieving compliance with said laws and regulations and will promptly file with CARRIER all log sheets, physical examination certificates, accident reports and other reports, documents and data required by law or by CARRIER CONTRACTOR further represents that he and any driver furnished will fully comply with all policies and procedures now or hereafter adopted by CARRIER relating to EQUIPMENT operations and service

3 **Term**

It is Agreement shall have an initial term of thirty (30) days from the Effective Date as specified below Following the initial term this Agreement shall renew automatically for successive thirty (30) day periods and remain in effect until breached by either party or until terminated Either party may terminate this Agreement at any time by delivering to the other party written notice of termination (the 'Notice') The Notice shall be delivered either by first-class U S Mail or in person and shall be effective upon receipt by mail, upon delivery in person, or such later date as may be specified in the Notice Termination automatically constitutes a return of EQUIPMENT by CARRIER to CONTRACTOR and CONTRACTOR'S receipt thereof

4 **Rental**

Compensation due CONTRACTOR for the use and operation of EQUIPMENT shall be as set forth in the Rental Schedule Addendum attached including supplements thereto and reissues thereof CONTRACTOR'S compensation will be a flat-rate amount, a per-mile amount or a percentage of trip revenues (aka line-haul charges)

**EXHIBIT A**

HZN 0242

Version 05212014

The term "trip revenues" as used in this Agreement is defined to include all amounts for normal pick-up and delivery services as provided in CARRIER'S applicable tariff or contract rate schedule that are invoiced by CARRIER to the party responsible for such charges excluding accessorial charges and surcharges. CONTRACTOR'S compensation also includes detention charges either at a flat-rate amount or a percentage as stated in the Rental Schedule Addendum, but detention charges do not become due and payable to CONTRACTOR until they are verified and beyond dispute by the party obligated to pay such charges after which CONTRACTOR'S compensation for such detention charges shall be paid within fifteen (15) days. CONTRACTOR'S compensation does not include all or any percentage of accessorial charges or surcharges unless provided for in the Rental Schedule Addendum. "Accessorial charges and surcharges" are defined as amounts invoiced by CARRIER to the party responsible for such charges for services beyond normal pick-up and delivery services, including but not limited to, stop-offs, detention and fuel. CONTRACTOR shall be responsible for the loading and unloading of the vehicle unless CARRIER'S tariff or contract provides otherwise. If CARRIER'S tariff or contract rate schedule assesses charges for such loading and unloading, CONTRACTOR'S compensation will be as provided in the Rental Schedule Addendum. Payments by CARRIER to CONTRACTOR for the use and operation of EQUIPMENT shall be paid within fifteen (15) days after submission by CONTRACTOR to CARRIER of the driver's record of duty status (aka "logs") required by the Federal Motor Carrier Safety Administration, U S Department of Transportation (the "U S DOT"), and those documents necessary for CARRIER to secure payment from the party responsible for freight charges. If CONTRACTOR fails to provide any safety-related documents required by law or by this Agreement within the time allowed, payment to CONTRACTOR may be withheld until such documents are delivered to CARRIER. Payment to CONTRACTOR is not contingent upon submission of a bill of lading to which no exceptions have been taken, but deductions from CONTRACTOR'S settlements may be made so long as freight or property damage claims are threatened or pending and CARRIER will provide CONTRACTOR with a written explanation and itemization of any such deductions. Where compensation is based on a percentage of trip revenues, CARRIER will provide CONTRACTOR before or at the time of settlement, with a copy of the rated freight bill (subject to CARRIER'S right to delete names of shippers and consignees) or a computer-generated document that contains the same information that would appear on a rated freight bill. If a computer-generated document is provided, CONTRACTOR shall be permitted to view during normal business hours a copy of the underlying rated freight bill. CONTRACTOR shall have the right to examine copies of those portions of CARRIER'S tariffs or contract rate schedules upon which a rated freight bill is based as well as a current effective copy of the publication used to determine mileage. At the time of settlement CARRIER may deduct from CONTRACTOR'S compensation any of CONTRACTOR'S costs of operation, as defined in Paragraph 9 below, paid for by advanced by, or owed to CARRIER, as well as any other amounts authorized in writing by CONTRACTOR. CARRIER will provide CONTRACTOR with a written explanation and itemization of any such deductions at the time of settlement. CONTRACTOR further acknowledges and agrees that under the terms hereof, CONTRACTOR is fully and fairly compensated in accordance with law.

5. Rental Disputes

CONTRACTOR agrees that all settlements shall be finalized when funds are accepted by CONTRACTOR, provided however, that CONTRACTOR shall have the right to file a written notice of rejection within sixty (60) days of settlement stating what CONTRACTOR disputes and demanding further action or explanation by CARRIER. If no such notice is filed CONTRACTOR shall be deemed to have stipulated that the settlement is true and correct in all respects and waives any further rights or claims CONTRACTOR may have against CARRIER for the period covered by the settlement. Upon receipt of a timely notice of rejection CARRIER shall promptly initiate a review of the disputed matter and will thereafter advise CONTRACTOR in writing, of its decision. If decided that additional compensation is due CARRIER shall include that amount in CONTRACTOR'S settlement within two (2) weeks of the decision. If decided that additional compensation is not due CONTRACTOR shall have a period of sixty (60) days from the date of the written decision in which to begin a legal proceeding to further challenge the disputed settlement. If a legal proceeding is not brought within the sixty (60) day period the disputed settlement will become final and CONTRACTOR will have no further rights or claims against CARRIER as relates to such settlement.

6. Receipts for Possession of Equipment

Upon taking possession of EQUIPMENT, CARRIER shall furnish CONTRACTOR with a receipt stating the date and hour when possession is taken by CARRIER. When possession of EQUIPMENT is returned by

HZN 0243

Version 08212014

CARRIER to CONTRACTOR CONTRACTOR shall furnish a similar receipt to CARRIER and, at the same time remove and return to CARRIER all identification devices and other property furnished by CARRIER to CONTRACTOR CARRIER may withhold final payment under this Agreement until CONTRACTOR provides the receipt for the return of EQUIPMENT Final payment under this Agreement may also be withheld until CONTRACTOR returns all identification devices and other property furnished by CARRIER If an identification device has been lost or stolen CONTRACTOR's obligation to return such device shall be satisfied by providing CARRIER with a letter certifying that the device has been removed Final payment is also conditioned upon CONTRACTOR providing to CARRIER all safety-related documentation required by the U S DOT CONTRACTOR hereby agrees to indemnify and save CARRIER harmless from any and all claims suits, losses fines or other costs damages or expenses including reasonable attorney fees arising out of CONTRACTOR S failure to remove CARRIER'S identification devices and other property from the EQUIPMENT when CARRIER'S possession is terminated either by notice or breach

### 7  Inspection of Equipment

CONTRACTOR warrants that EQUIPMENT is complete with all required accessories and is in good safe and efficient operating condition and shall be so maintained at CONTRACTOR'S expense throughout the duration of this Agreement CONTRACTOR agrees to submit EQUIPMENT for inspection by CARRIER or, at CARRIER'S sole option by an independent third party at the time CARRIER takes possession and periodically thereafter as required by CARRIER CONTRACTOR shall furnish to CARRIER all necessary information and documents of title or registration so as to enable CARRIER to correctly identify the EQUIPMENT CONTRACTOR acknowledges that, under 49 CFR 396 EQUIPMENT must be inspected at least every twelve (12) months and an inspection report issued Prior to commencement of service and at all times while this Agreement remains in effect CONTRACTOR shall provide CARRIER with an inspection report current within the last one hundred twenty (120) days or such lesser period as CARRIER may require by notice to CONTRACTOR CONTRACTOR will provide CARRIER with a written report of all maintenance on the EQUIPMENT on a monthly basis Such report shall be provided to CARRIER within ten (10) days following the last day of the month being reported

### 8  Identification

CARRIER agrees to furnish identification for EQUIPMENT CONTRACTOR agrees to permit CARRIER to identify EQUIPMENT and display such identification thereon in the manner required by CARRIER and by all applicable laws or regulations All such CARRIER identification automatically becomes inapplicable and shall be removed by CONTRACTOR at the termination of this Agreement

### 9  Costs of Operation

CONTRACTOR shall have the duty to keep EQUIPMENT in a good state of repair and to pay for all repairs on said EQUIPMENT and to pay for all other costs of operation of EQUIPMENT which shall include but not be limited to the following (a) fuel (b) fuel taxes whether paid directly by CONTRACTOR or through CARRIER (no fuel tax credit refunds through CARRIER) (c) tolls (except those included in CARRIER S tariff or contract rate charges) (d) base plates, whether purchased directly by CONTRACTOR or through CARRIER (e) maintenance costs (f) lubricants (g) tires, including changing and/or repair (h) driver wages and remuneration (i) public liability and property damage insurance on EQUIPMENT (j) payments for injury to CONTRACTOR or any furnished driver and for damage to EQUIPMENT, whether the same occur while the EQUIPMENT is being operated in the service of CARRIER or otherwise (k) workers compensation occupational disability unemployment social security or other similar insurance, taxes or benefits, and in connection with any of the foregoing CONTRACTOR shall make and provide CARRIER upon request evidence of all deductions and payments required, (l) advances and transaction charges (m) telephone and other communication charges (n) charges for shortage loss and/or damage to cargo or property caused by CONTRACTOR or a furnished driver, such damage shall include, but not be limited to the deductible portion (not to exceed $2 500) of CARRIER'S insurance policy (o) inspection and permit fees (p) axle weight or similar type of taxes fees or exactions required of or on the EQUIPMENT or the use or operation thereof including all reports connected with such matters (q) fines penalties and forfeitures arising out of the use of said EQUIPMENT excluding fines for overweight and oversize trailers when pre-loaded, sealed or the load is containerized or when the trailer or lading is otherwise outside of CONTRACTOR'S control, and for

HZN 0244

Version 08212014

improperly permitted overdimension and overweight loads other than where CONTRACTOR has willfully or negligently contributed to such fines (r) government imposed and mandated deductions such as alimony, child support garnishments, levies and liens (s) early termination fee of $200 if this Agreement is terminated within One Hundred Eighty (180) days of the Effective Date (t) safety non-compliance fee of $150 for each record of duty status (a/k/a log) violation discovered and for each of the following roadside inspection violations excessive speed, load securement, use of mobile telephone or texting while driving, failure to use seat belt, missing and/or non-secured emergency equipment (fire extinguisher, spare fuses, stopped-vehicle warning devices) and out-of-service order issuance (u) substance abuse and alcohol use testing fee of $50 if CONTRACTOR uses testing facility not in contract with CARRIER (v) U.S. DOT medical examination and certification charge not to exceed $25 (w) overnight courier service fee of $25 for each use by CONTRACTOR of CARRIER'S courier account to submit freight documents, reports and records (x) cost to provide substitute equipment to complete delivery of a load where CONTRACTOR is unable to complete delivery due to EQUIPMENT failure or otherwise, (y) in connection with intermodal service charges for per diem (detention) and for maintenance and/or repair of chassis (including the repair or replacement) and or container or trailer including dunnage removal or cleanout when determined that such charges are attributable to CONTRACTOR or a furnished driver (z) if provided by CARRIER, all charges incurred in the use of a fuel and fleet management payment card (Comdata or similar) in addition to a service fee of $2.95 for each transaction, and $15 for each advance transaction not associated with the use of such payment card, (aa) cash advances other than load or fuel advances including a service fee of up to fifteen percent (15%) of the amount advanced and (bb) adjustments to CONTRACTOR'S compensation to reflect corrected freight invoicing, provided that such adjustment is made within One Hundred Eighty (180) days of original freight invoice

In the event CARRIER is called upon to pay any of CONTRACTOR'S costs of operation such payment shall be considered as a charge-back item to CONTRACTOR and CARRIER is hereby authorized to reimburse itself for the amount of such charge-back item out of any monies due or becoming due to CONTRACTOR and CARRIER shall provide CONTRACTOR with those documents necessary to determine the validity of the charge-back

10 Insurance

CARRIER shall furnish and pay the costs of public liability, property damage (other than CONTRACTOR'S EQUIPMENT) and cargo insurance for the protection of the public as required by applicable laws and regulations CONTRACTOR is required to obtain and pay for all other insurance coverage including but not limited to public liability and property damage insurance providing coverage to CONTRACTOR whenever the EQUIPMENT is not being operated in the service of CARRIER in a combined single limit of not less than Five Hundred Thousand Dollars ($500 000) for injuries or death to any person or for damages to or loss of property in any one occurrence all required as well as any optional insurance coverage on driver, whether the EQUIPMENT is being operated in the service of CARRIER or otherwise, all required as well as any optional insurance coverage for collision, fire, theft or other occurrence or catastrophe respecting the EQUIPMENT, and any optional overall (umbrella) type of insurance coverage respecting CONTRACTOR'S liability arising out of the use and operation of said EQUIPMENT CONTRACTOR shall also obtain and pay for insurance to cover the hold harmless indemnity specified in paragraph 6 above. All insurance furnished by CONTRACTOR under this paragraph shall be in amounts satisfactory to CARRIER Evidence of the foregoing coverage shall be delivered to CARRIER prior to initiating service in the form of one or more certificates of insurance which shall also provide that in the event coverage is cancelled, thirty (30) days prior written notice of cancellation shall be provided to CARRIER In addition CONTRACTOR shall obtain and pay the cost of workers' compensation insurance or occupational accident insurance coverage for CONTRACTOR and any furnished driver Proof of coverage as well as evidence of continuation or renewal of coverage shall be furnished to CARRIER upon request

11 Indemnification

In the event that it is determined by any court or governmental agency that CONTRACTOR was obligated, either by law or the terms of this Agreement to have valid insurance coverage including but not limited to workers compensation occupational accident and bobtail coverage but did not secure such coverage or allowed such coverage to lapse or be cancelled CONTRACTOR agrees to defend indemnify and hold harmless CARRIER from any direct, indirect, and consequential loss damage, fine expense (including reasonable attorney fees) action claim for injury to or death of any person or damage to or loss of property for which CARRIER may be held responsible

Page 4 of 9

HZN 0245

Version 08212014

as a result of CONTRACTOR'S non-compliance. CONTRACTOR'S indemnification includes any medical indemnity or compensation benefits payable in workers' compensation claims for which CARRIER becomes legally liable due to CONTRACTOR'S non-compliance. This provision shall remain in full force and effect both during and after the term of this Agreement.

12. **Escrow Fund**

CONTRACTOR shall be required to deposit and maintain with CARRIER as escrow funds (the "EF") the sum of One Thousand Dollars ($1,000) which sum may be applied in payment to CARRIER for the following items: (a) deductibles under CARRIER's public liability, property damage, and cargo insurance policies for claims involving CONTRACTOR and (b) all other payments made or obligations incurred on behalf of CONTRACTOR not previously deducted from CONTRACTOR's compensation. If CARRIER provides transponder service pursuant to Paragraph 14(A) below, CONTRACTOR will be required to deposit and maintain an additional sum of One Thousand Dollars ($1,000) in the EF. Initial funding for the EF will be provided by deductions from CONTRACTOR's weekly settlements. Where the required EF deposit is One Thousand Dollars ($1,000), the weekly settlement deduction will not exceed Fifty Dollars ($50). Where the required EF deposit is Two Thousand Dollars ($2,000) the weekly settlement deduction will not exceed One Hundred Dollars ($100). Weekly settlement deductions will be made until the required EF deposit is fully funded. CARRIER shall account to CONTRACTOR for all transactions involving the EF on each settlement between CONTRACTOR and CARRIER. CONTRACTOR has a right to demand an accounting from CARRIER on transactions involving the EF. While the EF are under its control, CARRIER shall pay interest on the EF at least on a quarterly basis in accordance with 49 CFR 376. At termination of this Agreement, CARRIER shall make all proper deductions from the EF, make a final accounting to CONTRACTOR, and return the balance, if any, to CONTRACTOR within Forty-Five (45) days of termination.

13. **Record of Use of Equipment**

CONTRACTOR will cooperate with CARRIER in the preparation, receipt, presentation and submission of those documents necessary for CARRIER to secure payment of its transportation charges and of all manifests, bills of lading, delivery receipts, freight bills, log sheets and other papers and records respecting the lading and the use of the EQUIPMENT in accordance with all applicable laws and regulations.

14. **Products, Equipment or Service Obtained by Contractor From Carrier**

A. Upon request CARRIER will provide CONTRACTOR with a radio-frequency identification transponder ("TPDR") marketed under various trade names including PrePass, E-Z Pass, and I-Pass. CONTRACTOR shall pay a one-time purchase fee of Two Hundred Dollars ($200) for each TPDR. This fee is payable in four (4) installments of Fifty Dollars ($50) each, which will be deducted from CONTRACTOR's settlements over a period of four (4) consecutive weeks. Upon payment of the purchase fee the TPDR will become the property of CONTRACTOR. All charges incurred for use of the TPDR, as well as a weekly charge of Seven Dollars ($7) as reimbursement for CARRIER's administrative costs and expenses, are considered costs of operations to CONTRACTOR and will be deducted from CONTRACTOR's settlements when due as provided in Paragraph 9 above. CONTRACTOR is required to maintain an additional One Thousand Dollars ($1,000) in the EF provided under Paragraph 12 above to ensure payment of all charges associated with CONTRACTOR's use of the TPDR.

B. Upon request CARRIER will provide CONTRACTOR with RFID tags/transponders for Port identification. CONTRACTOR shall pay a one-time purchase fee of Ninety Five Dollars ($95). This fee is payable in three (3) installments of Twenty Five Dollars ($25) and one (1) installment of Twenty Dollars ($20). These installments will be deducted from CONTRACTOR'S settlements over a period of four (4) consecutive weeks. Upon payment of purchase fee the RFID will become the property of the CONTRACTOR.

HZN 0246

C. CONTRACTOR may but is not required to authorize CARRIER to facilitate on CONTRACTOR's behalf, non-trucking public liability and property damage insurance, physical damage insurance on EQUIPMENT and/or occupational accident insurance as provided in Paragraph 10 of this Agreement. If so elected, CARRIER shall deduct from CONTRACTOR'S settlement amounts reflecting the actual premium charges for such coverage as well as any administrative fees that may apply. CONTRACTOR acknowledges that CARRIER is not in the business of selling insurance, and any insurance coverage requested by CONTRACTOR from CARRIER is subject to all of the terms, conditions, and exclusions of the actual policy issued by the insurance underwriter. CARRIER shall insure that CONTRACTOR is provided with a Certificate of Insurance for each insurance policy under which CONTRACTOR has authorized CARRIER to facilitate insurance coverage from the insurance underwriter. The Certificate of Insurance shall include the name of the insurer, the policy number, the effective date of the policy, the amount and type of coverage, the cost to CONTRACTOR for coverage, and the deductible amount for which CONTRACTOR may be liable. CARRIER will provide CONTRACTOR with a copy of each such policy upon request.

D. CONTRACTOR is not required to rent or purchase any products, equipment or service from CARRIER as a condition to entering into this Agreement.

15. **Assignment and Subleasing**

With written acknowledgment by CONTRACTOR, CARRIER may assign this Agreement to an affiliated motor carrier. Following such assignment, the affiliated motor carrier will assume, on a going forward basis only, all rights, duties and obligations of CARRIER under this Agreement. CONTRACTOR shall not assign this Agreement. CONTRACTOR, acting on its own and not on behalf of CARRIER, may sublease (a/k/a "trip lease") EQUIPMENT where permitted by applicable laws and regulations. CONTRACTOR shall be considered as lessor in any such sublease. During the sublease, CARRIER's exclusive possession, control, use and complete responsibility under this Agreement shall be interrupted and completely eliminated, and shall remain in that status until reinstated at the completion of the sublease. While the sublease is in effect, CONTRACTOR and the sub-lessee agree to assume all responsibility for and hold CARRIER harmless from any claims whatsoever, whether for public liability, property damage, cargo loss or otherwise, in connection with any such sublease. CARRIER shall receive no compensation but CONTRACTOR shall furnish to CARRIER a duplicate copy of the driver's record of duty status (a/k/a log) association with such sublease.

16. **Passenger Authorization**

As required by 49 CFR 392.60, CONTRACTOR shall not allow passengers to ride in the EQUIPMENT unless receiving prior authorization in writing from CARRIER. Before passenger authorization will be given by CARRIER, CONTRACTOR or the furnished driver and the passenger requesting authorization must submit a fully-executed Passenger Authorization and Release of All Liability form to CARRIER requesting prior approval.

17. **Notices**

Notices to be given by either or both parties pursuant to this Agreement shall be sent to the address for CARRIER and CONTRACTOR as listed below or to such other address as a party may designate in writing from time to time by giving proper notice to the other party.

18. **Governing Law; Consent to Jurisdiction**

All questions concerning the validity, intention or meaning of this Agreement, or relating to performance or breach under the Agreement, shall be construed and resolved in accordance with the laws of the State of Ohio and applicable federal law. Each party hereby designates the Court of Common Pleas of Cuyahoga County, Ohio as the court of proper jurisdiction and venue of and for any and all legal proceedings relating to this Agreement, hereby irrevocably consents to such designation, jurisdiction and venue, hereby waives any objections or defenses relating to the jurisdiction or venue with respect to any legal proceedings initiated in, or transferred to, the Court of Common Pleas of Cuyahoga County, Ohio.

HZN 0247

Version 08212014

19   Agreement and Copies

This Agreement plus any authorized attachments constitute the complete agreement between CONTRACTOR and CARRIER and no employee or agent of either party shall have authority to alter or vary the terms hereof or to make any representations or commitments not included herein. With respect to its subject matter, this Agreement cancels and supersedes any and all prior agreements, arrangements, representations and understandings between the parties whether oral or written. This Agreement shall be executed in at least three (3) copies, each of which shall be considered an original. One executed copy known as CARRIER'S copy, shall be retained by CARRIER. One executed copy known as CONTRACTOR'S copy shall be retained by CONTRACTOR. One executed copy known as EQUIPMENT copy shall be carried on EQUIPMENT during the period of this Agreement unless a statement as provided in 49 CFR 376 is carried on EQUIPMENT instead.

IN WITNESS WHEREOF, CARRIER and CONTRACTOR do hereby sign this Agreement on this 26th day of September 2014, at _____ o'clock ____ M. which date and hour shall be the Effective Date of this Agreement.

CONTRACTOR
FADI HAFEZ
(Printed Name of Contractor)

X FAD. HAFEZ
(Signature of Contractor)

Address  REDACTED
         REDACTED
Telephone X

CARRIER

Horizon Freight System Inc
6600 Bessemer Avenue
Cleveland Ohio 44127
800-480-6829

USDOT 237360 MC 169607

By _____
Title President

HZN 0248